# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| LEMERITT CHRISTOPHER | CIVIL ACTION NO. 24-1740-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TERRANCE HAULCY, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 17th day of April, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE